# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 6/28/2017                                              Case Number 2:17-cr-00094
Case Style: USA vs. Ray  Eads
Type of hearing Plea Hearing
Before the honorable: 2513-Goodwin
Court Reporter Kimberly Kaufman                              Courtroom Deputy Robin Clark
Attorney(s) for the Plaintiff or Government C. Bunn


Attorney(s) for the Defendant(s) Christian Capece


Law Clerk Chris Smith                                        Probation Officer Kiara Carper

## Trial Time


## Non-Trial Time

Plea Hearing


## Court Time

9:30 am    to 10:00 am
Total Court Time: 0 Hours 30 Minutes Non-Trial Time/Uncontested Time


## Courtroom Notes

Scheduled Start 9:30 a.m.
Actual Start 9:30 a.m.

Deft present in person and by counsel.
Deft placed under oath.
Court finds Deft competent to go forward.
Ms. Bunn summarizes plea agreement.
Court defers acceptance of plea agreement, but orders original filed.
Court reads Information.
Deft pleads guilty.
Deft advised of his right to be indictment.
Deft executes waiver of indictment; same witnessed by counsel.
Court accepts wavier of indictment.
Court reads statute with which Deft is charged.
Deft advised of elements of offense which gov't would have to prove at trial.
Deft gives his account of the offense.
Ms. Bunn summarizes gov't evidence against deft.
Court finds sufficient factual basis for deft's plea.
Deft advised that he is pleading to a felony offense and of the penalties to which he becomes exposed.
Deft advised of his right to plead not guilty, to remain silent, and to stand trial.
Court finds deft's plea to be voluntary.
Deft executes guilty plea form; same witnessed by counsel and ordered filed.
Court accepts plea and adjudges Deft guilty.
Sentence set for September 20, 2017 @ 11:00 a.m.
Deft remanded pending sentencing.
Court recessed at 10:00 a.m.